UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Anthony Oliver,

Plaintiff

v.

Credit One Financial, et al.,

Defendants

Case No. 2:26-cv-03376-CDS-BNW

**Order Granting in Part Plaintiff's Motion to Extend Response Deadlines**

[ECF No. 27]

Pro se plaintiff Anthony Oliver, who is currently incarcerated, has moved for a 35-day stay of all proceedings while their detention facility is under a state-wide lockdown. ECF No. 27.[1] They explain that the lockdown prevents them from using the law library and thus from opposing any motions to dismiss. The motion **[ECF No. 27] is granted in part**. There are currently three motions to dismiss with pending deadlines. ECF Nos. 11, 26, 28. The court therefore construes Oliver's motion as a motion to extend the response deadlines for the pending motions to dismiss. In light of the assertions in Oliver's motion, the court finds good reason to extend the response deadlines for ECF Nos. 11, 26, and 28, to December 28, 2026.

Dated: November 24, 2026

Cristina D. Silva
United States District Judge

[1] Oliver submitted his request in the form of a letter, which I construe as a motion to extend the response deadlines. Oliver is reminded that requests for relief must be presented by way of a properly filed motion, rather than a letter. *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987) (pro se litigants must comply with the Federal Rules of Civil Procedure); *see also Carter v. Comm'r of Internal Revenue*, 784 F.2d 1006, 1008 (9th Cir. 1986) (pro se litigants are expected to abide by the rules of the court in which litigation proceeds).